**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02389-BNB

RICHARD THOMPSON,

    Plaintiff,

v.

ED GALASSO,
DAVE GUTIERREZ,
LLOYD GIRON, aka LLOYD JIRON, and
BLACKIE JUAN NUNEZ,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On September 25, 2012, Plaintiff submitted to the Court a document that appears to be titled, "Motion for Count Order to AZ D.O.C." The Motion is illegible. The Court instructed Plaintiff in the September 11, 2012 Order to Cure that his pleadings must be neat and readable. The Court will deny the Motion, ECF No. 5, as illegible. Plaintiff again is instructed that all documents filed with the Court must be neatly written and readable. If Plaintiff continues to file illegible pleadings, the Court will strike the pleadings.

Dated: September 26, 2012