IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02389-BNB

RICHARD THOMPSON,

    Plaintiff,

v.

ED GALASSO,
DAVE GUTIERREZ,
LLOYD GRION, aka LLOYD JIRON, and
BLACKIE JUAN NUNEZ,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Richard Thompson, is in the custody of the Arizona Department of Corrections and currently is incarcerated at the Arizona State Prison Complex in Phoenix, Arizona. Mr. Thompson, acting *pro se*, initiated this action by filing a "Motion for Return of Monies in American Currency to the Estate of Late Alice M. Thompson/Deceased." On September 11, 2012, Magistrate Judge Boyd N. Boland instructed Mr. Thompson to file his claims on a Court-approved form used in filing prisoner complaints and either to pay the $350 filing fee or to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

    On October 5, 2011, Mr. Thompson requested an extension of time to comply with the September 11 Order, which was granted. The Court also directed the Clerk of the Court to send a prisoner packet to Plaintiff because he claimed that someone had stolen his legal papers.

Mr. Thompson filed his claims on a Court-approved form on October 29, 2012. He also filed a total of ten motions and other pleadings subsequent to the September 11 Order to Cure, but none of the filings are responsive to the Order to Cure that directs Mr. Thompson to pay the $350 filing fee or submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a certified account statement. The different pleadings either address the conditions of his confinement in Arizona or seek relief in the probate of Alice Thompson's estate.

Mr. Thompson now has failed either to pay the filing fee or in the alternative to submit a motion for leave to proceed pursuant to § 1915. As a result, Mr. Thompson has failed to comply completely with Magistrate Judge Boland's September 11 Order within the time allowed. Therefore, the Complaint and the action will be dismissed.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Thompson files a notice of appeal he must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the September 11, 2012 Order. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  19th  day of    November   , 2012.

BY THE COURT:

 s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court