**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02389-LTB

RICHARD THOMPSON,

      Plaintiff,

v.

ED GALASSO,
DAVE GUTIERREZ,
LLOYD GIRON, aka LLOYD JIRON, and
BLACKIE JUAN NUNEZ,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

      On January 14, 2013, Plaintiff filed a "Motion for Relief, Pursuant to Rule 60(b) of CA 6," ECF No. 30.  In the Motion, Plaintiff asks that the Court remand the case to the Weld County Probate Court.  The Motion is denied as inappropriate.

Dated:  January 15, 2013

---